HENRIETTA V. CARLE, as Administratrix, etc., of MAURICE CARLE, Deceased, Respondent, v. NORTHERN WATERPROOFING COMPANY, Appellant.— Judgment and order reversed on the ground that the damages are excessive, and new trial granted, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the damages to $8,000, in which case the judgment is so modified, and as modified, judgment and order unanimously affirmed, without costs.

CHARLES DOMBERT and EGBERT WHITTEMORE, Respondents, v. LIVERPOOL AND LONDON AND GLOBE INSURANCE COMPANY OF LIVERPOOL, ENGLAND, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

CHARLES DOMBERT and EGBERT WHITTEMORE, Respondents, v. MILLERS NATIONAL INSURANCE COMPANY OF CHICAGO, ILLINOIS, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

JOHN DELOYD, Appellant, v. EDWARD SCHRECK, Respondent.— Judgment unanimously affirmed, with costs.

GEORGE W. GROVES, Appellant, v. GUY S. WARREN, Respondent.— Judgment and order unanimously affirmed, with costs, the court being of the opinion that the ruling as to the resale of the property, if erroneous, should be disregarded under section 1317 of the Code of Civil Procedure. Kiley, J., not sitting.

LOTTIE HOLLENBECK, Respondent, v. CHARLES W. HOLLENBECK, Appellant.— Order unanimously affirmed, with costs.